1 | Thomas A. Cohen (#154581)
2 | Law Offices of Thomas A. Cohen
3 | 591 Redwood Highway, Suite 2320
  | Mill Valley, CA 94941
4 | (415) 777-1997
  | tomcohen@ionix.net

5 | Attorney for Plaintiff
6 | The Estate of Buckminster Fuller

7

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE ESTATE OF BUCKMINSTER FULLER, | Case No.: 12-CV-02570 LHK
12 |   | ~~(Proposed)~~
13 | Plaintiff, | REVISED CASE MANAGEMENT SCHEDULE
14 | vs. |
15 | MAXFIELD & OBERTON, LLC |
16 | Defendant. |

17

18

19

20 | TO ALL PARTIES AND COUNSEL OF RECORD:

21 | Please take notice that the initial Case Management Conference is originally set for

22 | September 5, 2012 shall be continued for two weeks to September 19, 2012 at 2:00 p.m. before

23 | Judge Lucy H. Koh. Case Management Statements are due no later than Wednesday September

24

25

Revised Case Management Schedule

1

12, 2012. Parties are to appear in courtroom #8, 4th Floor of the U.S. District Court, 280 South First Street, San Jose, California. All other pre-trial dates remain as previously scheduled.

Dated:   June 11, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

Revised Case Management Schedule

2