SEDGWICK LLP
JAMES J.S. HOLMES  Bar No. 126779
james.holmes@sedgwicklaw.com
MATTHEW FISCHER  Bar No. 191451
mathew.fischer@sedgwicklaw.com
JASON M. JOYAL  Bar No. 251168
jason.joyal@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
MAXFIELD & OBERTON HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THE ESTATE OF BUCKMINSTER FULLER,<br><br>Plaintiff,<br><br>v.<br><br>MAXFIELD & OBERTON HOLDINGS, LLC, A Delaware Limited Liability Company,<br><br>Defendants. | CASE NO.: CV 12-2570 LHK (HRL)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT MAXFIELD & OBERTON HOLDINGS, LLC'S REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE<br><br>**Dates:       February 27, 2013**<br>**Time:        2:00 p.m.**<br>**Courtroom:   8**<br><br><br>Complaint filed: May 18, 2012 |

Upon consideration of the request of Defendant Maxfield & Oberton Holdings, LLC's to telephonically attend, through legal counsel, the Case Management Conference on Wednesday, February 27, 2013 at 2:00 p.m. in Department 8 via CourtCall Telephonic Services, and all

1  papers filed in connection therewith, and good cause appearing therefore, Defendant Maxfield &
2  Oberton Holdings, LLC's request for telephonic appearance to attend the case management
3  conference is GRANTED.

4

5      IT IS SO ORDERED.

6
7      DATED: ___2/20___, 2013    _____
                                                Honorable Lucy H. Koh
8                                                  United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28