UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE ESTATE OF BUCKMINSTER FULLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAXFIELD & OBERTON HOLDINGS, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ALTERRA EXCESS AND SURPLUS ) <br> INSURNACE COMPANY, ) <br> ) <br> Intervenor. ) <br> ) | Case No.: 5:12-CV-02570-LHK <br><br> ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING |

The parties' Joint Subsequent Case Management Statement of June 19, 2013, ECF No. 53, fails to update the Court regarding developments in the San Francisco County Superior Court coverage action, *Alterra Excess and Surplus Insurance Company v. Maxfield and Oberton Holdings, LLC, et al.*, CGC-12-522867. By June 25, 2013, the parties shall file a supplemental Joint Case Management Statement informing the Court of any developments in the Superior Court coverage action, and the implications of such developments for the instant proceeding.

In addition, Defendant-Intervenor Alterra continues to suggest that this Court should dismiss the instant proceeding *sua sponte*, in light of the settlement between Plaintiff and the Maxfield Liquidating Trust. The parties shall file supplemental briefing addressing this issue, not to exceed two pages, by June 25, 2013.

1

Case No. 5:12-CV-02570-LHK
ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING

**IT IS SO ORDERED.**

Dated: June 24, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 5:12-CV-02570-LHK
ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING