**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE ESTATE OF BUCKMINSTER FULLER, | ) | Case No.: 5:12-cv-02570-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER, CASE MANAGEMENT ORDER, AND ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE |
| MAXFIELD & OBERTON HOLDINGS, LLC, | ) | |
| Defendant. | ) | |
| ALTERRA EXCESS AND SURPLUS INSURANCE COMPANY, | ) | |
| Intervenor. | ) | |

Clerk: Martha Parker Brown                    Plaintiff Attorney: Thomas Cohen
Reporter: Lee-Anne Shortridge               Defendant-Intervenor Attorney:
Length of hearing: 28 minutes                                      Matthew Fischer

A case management conference was held on June 26, 2013, at 2:00 p.m.

Pursuant to the parties' stipulation stated by counsel of record on the record, this case is stayed pending resolution of *Alterra Excess & Surplus Ins. Co. v. Maxfield & Oberton Holdings, LLC, et al.*, San Francisco Superior Court Case No. CGC-12-522867.

The Clerk shall administratively close the file.

**IT IS SO ORDERED.**

Case No.: 5:12-CV-02570-LHK
MINUTE ORDER, CASE MANAGEMENT ORDER, AND ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

Dated: June 26, 2013

_____
LUCY H. KOH
United States District Judge